NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PURPOSE BUILT FAMILIES FOUNDATION, INC.,**

*Claimant-Appellant*

v.

**DENIS MCDONOUGH, Secretary of Veterans Affairs,**

*Respondent-Appellee*

---

2023-2383

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 23-2114, Judge William S. Greenberg, Judge Michael P. Allen, Judge Scott Laurer.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

(2) Each side shall bear their own costs.

FOR THE COURT

October 27, 2023
Date

/s/ Jarrett B. Perlow
Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** October 27, 2023